# EXHIBIT D

## 2013 Travis Oak Creek GP, LLC
1108 Lavaca St, STE 110-348
Austin, TX 78701

Dear David:

We have received a letter from Kathleen Wu acting for PNC Bank, National Association and Columbia Housing SLP Corporation, claiming that we have been removed as the general partner of 2013 Travis Oak Creek, LP (the "Partnership") and that we have withdrawn from the Partnership. As you know, we dispute the occurrence of any event giving rise to our removal as general partner and the Limited Partners' ability to engage in self-help to declare us removed or that either of them are the general partner at this time. We also note that the Limited Partners made this particular dispute the subject of a lawsuit, even before hearing from us that we opposed their wrongful actions. And, we most certainly have not, in any way, withdrawn from the Partnership, thus we dispute Ms. Wu's mistaken assertion in this regard.

Ms. Wu sent us two checks from Andrews & Kurth each in the amount of $100.00, purportedly as consideration for the sale of our interest in the Partnership to Columbia Housing SLP Corporation. Because we dispute the purported removal of us as the GP, we have not withdrawn from the Partnership and we are not selling our interest in the Partnership at this time, we are returning the Andrews and Kurth checks (no. 4996 and 22158) to you. They are enclosed.

Meanwhile, we shall continue to act as general partner to protect the Partnership and all of its partners while our disputes and controversies are resolved in and by a court. This will include acting to close the pending Arbor interim financing that you have consented to previously, provided that the Limited Partners' recent actions have not rendered that impossible. And, we continue to reserve all rights, claims, causes of action and defenses against PNC Bank, National Association and Columbia Housing SLP Corporation, none of which have been waived.

Sincerely,

2013 Travis Oak Creek GP, LLC

By: _____

Its: General Partner

cc: Kenneth Chaiken, Esq.
    Kirk Standly, Esq.

**ANDREWS KURTH LLP**
111 CONGRESS AVE., STE. 1700
AUSTIN, TX 78701

4996
37-65/1119 1169
7763012478

DATE 6/8/17

PAY TO THE ORDER OF: 2013 Travis Oak Creek GP, LLC    $ 100.00

One Hundred and no/100 -------- DOLLARS

Wells Fargo Bank, N.A.
Texas
wellsfargo.com

FOR: Notice of Removal and Notice of Withdrawal

⑈00000004996⑈ ⑆111900659⑆ 7763012478⑈

---

**ANDREWS KURTH LLP**
OPERATING ACCOUNT
1717 MAIN ST., SUITE 3700
DALLAS, TEXAS 75201

22158
32-61-1110

DATE 6-7-17

PAY TO THE ORDER OF: 2013 Travis Oak Creek GP, LLC     $ 100.00

One Hundred + no/100 -------- DOLLARS

J.P.Morgan
JPMorgan Chase Bank, N.A.
Dallas, Texas

FOR: Notice of Removal + Notice of Withdrawal

⑈022158⑈ ⑆111000614⑆ 8805000820⑈